| | |
|---|---|
| 1 | Ray L. Wong (SBN 84193)<br>**DUANE MORRIS LLP** |
| 2 | Spear Tower<br>One Market Plaza, Suite 2200 |
| 3 | San Francisco, CA  94105-1127<br>E-mail:rlwong@duanemorris.com |
| 4 | Phone: 415-957-3149<br>Fax: 415-520-6907 |
| 5 | |
| 6 | Lewis R. Olshin (Admitted Pro Hac Vice)<br>**DUANE MORRIS LLP** |
| 7 | 30 South 17th Street<br>Philadelphia, PA 19103-4196 |
| 8 | E-mail:olshin@duanemorris.com<br>Phone: 215-979-1129 |
| 9 | Fax: 215-689-3622 |
| 10 | Attorneys for Plaintiff<br>CENTURY INDEMNITY COMPANY, as successor to |
| 11 | CCI INSURANCE COMPANY, as successor to<br>INSURANCE COMPANY OF NORTH AMERICA |

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA<br><br>                    Plaintiff,<br><br>     v.<br><br>MATSON TERMINALS, INC., AND MATSON NAVIGATION COMPANY, INC.,<br><br>                    Defendant. | Case No.: 14-CV-01972<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:           February 26, 2015<br>Time:          11:00 a.m.<br>Crtrm:         C, 15th floor<br><br>Judge:         Magistrate Laurel Beeler<br>Complaint Filed:     April 29, 2014 |

Pursuant to Local Rule 16-10(a), Lewis R. Olshin of Duane Morris LLP, co-counsel of record for Plaintiff, CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA ("Century") respectfully submits this application to attend telephonically the Case Management Conference, currently on schedule to occur at 11:00 a.m. pacific time on February 26, 2015 before Judge Laurel Beeler in the above-referenced matter.  This request is made on the ground that Mr. Olshin's principal office is located in Philadelphia, Pennsylvania and his residence is in Fort Washington, Pennsylvania.  Traveling from Philadelphia to San Francisco and back to Pennsylvania would require significant expense when it appears that a telephone appearance will adequately meet the needs of the Court and counsel for the parties. Mr. Olshin's colleague, Ray Wong, also counsel for Century, will attend the Case Management Conference in person.  It would be most efficient, however, if Mr. Olshin is permitted to attend this conference, now scheduled for February 26, 2015, by telephone (i.e., Court Call).

Respectfully submitted,

Dated: February 19, 2015        **Duane Morris LLP**

By:  */s/Ray L. Wong*
Ray L. Wong
Lewis R. Olshin
Attorney for Plaintiff

DM1\5400452.3

REQUEST FOR TELEPHONIC APPEARANCE
CASE NO:14-CV-01972