Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
E-mail:rlwong@duanemorris.com
Phone: 415-957-3149
Fax: 415-520-6907

Lewis R. Olshin (Admitted Pro Hac Vice)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
E-mail:olshin@duanemorris.com
Phone: 215-979-1129
Fax: 215-689-3622

Attorneys for Plaintiff
CENTURY INDEMNITY COMPANY, as successor to
CCI INSURANCE COMPANY, as successor to
INSURANCE COMPANY OF NORTH AMERICA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MATSON TERMINALS, INC., AND MATSON NAVIGATION COMPANY, INC.,<br><br>Defendant. | Case No.: 14-CV-01972<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:         February 26, 2015<br>Time:        11:00 a.m.<br>Crtrm:       C, 15th floor<br><br>Judge:       Magistrate Laurel Beeler<br>Complaint Filed:   April 29, 2014 |

1  Good cause appearing therefore, it is hereby ordered that Lewis Olshin, co-counsel for
2  Plaintiff Century, may attend telephonically by Court Call at the Case Management Conference
3  scheduled in the above-referenced matter on February 26, 2015 at 11:00 a.m. pacific time.

Dated: February ___, 2015

_____
Honorable Laurel Beeler
Magistrate Judge of the United States District Court
Northern District of California

DM1\5400455.1

1
[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE
CASE NO:14-cv-01972