Ray L. Wong (SBN 84193)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
E-mail:rlwong@duanemorris.com
Phone: 415-957-3149
Fax: 415-520-6907

Lewis R. Olshin (Admitted Pro Hac Vice)
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
E-mail:olshin@duanemorris.com
Phone: 215-979-1129
Fax: 215-689-3622

Attorneys for Plaintiff
CENTURY INDEMNITY COMPANY, as successor to
CCI INSURANCE COMPANY, as successor to
INSURANCE COMPANY OF NORTH AMERICA

# IN THE UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA<br><br>                      Plaintiff,<br><br>         v.<br><br>MATSON TERMINALS, INC., AND MATSON NAVIGATION COMPANY, INC.,<br><br>                      Defendant. | Case No.: 14-CV-01972<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER TO SET CERTAIN CASE DEADLINES, PURSUANT TO CASE MANAGEMENT CONFERENCE**<br><br><br>Judge:       Magistrate Laurel Beeler<br>Complaint Filed:    April 29, 2014 |

1  Pursuant to the Court's order of February 26, 2015 (Doc. No. 36), Plaintiff Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America ("Century"), submits the attached proposed order for the Court's consideration relating to the modified case deadlines.

The parties are conferring on a form of order reflecting the Court's order as to discovery. The parties expect either to submit an agreed upon form of order or competing forms of order relating to discovery, discussed at the February 26, 2015 Case Management Conference.

Dated:  March 3, 2015                    Respectfully submitted,

**Duane Morris LLP**

By: */s/Ray L. Wong*
   Ray L. Wong
   Lewis R. Olshin (Admitted Pro Hac)
   Attorneys for Plaintiff
   CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA

**[PROPOSED] ORDER**

Pursuant to the Case Management Conference held before this Court on February 26, 2015, and good cause appearing therefore, IT IS HEREBY ORDERED that case deadlines are modified as follows:

| EVENT | DESCRIPTION | DATE |
| --- | --- | --- |
| Early Motion for Summary Judgment | Matson's Opening Brief Re Early Summary Judgment Motion | 3/5/2015 |
| | INA's Cross-Motion (if any) and Opposition | 3/26/2015 |
| | Matson's Opposition (if any) to INA's Cross-Motion and Reply in support of its Motion | 4/9/2015 |
| | INA's Reply in support of its Cross-Motion (if any) | 4/16/2015 |
| | Matson's optional Sur-Reply in support of its Motion (if any) limited to five pages | 4/24/2015 |
| | Hearing Date | 4/30/2015 |
| Fact Discovery | Close of Fact Discovery | 8/28/2015 |
| Expert Discovery | Designation of Experts | 8/28/2015 |
| | Designation of Rebuttal Experts | 9/28/2015 |
| | Close of Expert Discovery | 10/28/2015 |

1

[PROPOSED] ORDER TO EXTEND CASE DEADLINES
CASE NO:14-CV-01972                                                                                    DM1\5430359.3

| | |
|---|---|
| Last Hearing Date for Dispositive Motions and/or further Case Management Conference | 12/17/2015 at 9:30 a.m. |
| Meet and Confer re Pretrial Filings | 12/17/2015 |
| Pretrial Filings Due | 2/11/2016 |
| Oppositions, Objections, Exhibits, and Depo Designations Due | 2/18/2016 |
| Final Pretrial Conference | 3/3/2016 at 1:30 p.m. |
| Trial | 3/14/2016 at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: March 13, 2015

_____

HONORABLE LAUREL BEELER

UNITED STATES MAGISTRATE JUDGE

2

[PROPOSED] ORDER TO EXTEND CASE DEADLINES
CASE NO:14-CV-01972

DM1\5430359.3