| | |
|---|---|
| Ray L. Wong (SBN 84193)<br>DUANE MORRIS LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127<br>E-mail:rlwong@duanemorris.com<br>Phone: 415-957-3149<br>Fax: 415-520-6907 | Michael S. Greenberg (Bar No. 99727)<br>Ryan M. Buschell (Bar No. 271509)<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, California 94111-5356<br>Telephone: + 1 (415) 591-6000<br>Facsimile: + 1 (415) 591-6091<br>Email: mgreenberg@cov.com |
| Lewis R. Olshin (Admitted Pro Hac Vice)<br>DUANE MORRIS LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br>E-mail:olshin@duanemorris.com<br>Phone: 215-979-1129<br>Fax: 215-689-3622 | Richard D. Shively (Bar No. 104895)<br>LAW OFFICE OF RICHARD D. SHIVELY<br>2861 Pennyroyal Drive<br>Chico, CA 95928<br>Telephone: + 1 (530) 828-9591<br>Email: rshively.1982@gmail.com |
| Attorneys for Plaintiff<br>CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA | Attorneys for Defendants MATSON TERMINALS, INC., and MATSON NAVIGATION COMPANY, INC. |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY INDEMNITY COMPANY, as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATSON TERMINALS, INC., AND MATSON NAVIGATION COMPANY, INC.,<br><br>　　　　　　Defendant. | Case No.: 14-CV-01972<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER THEREON**<br><br>Judge:　　Magistrate Laurel Beeler<br>Complaint Filed:　April 29, 2014 |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Century Indemnity Company, as Successor to CCI Insurance Company, as Successor to Insurance Company of North America ("Plaintiff"), and Defendants, Matson Terminals, Inc., and Matson Navigation Company, Inc. ("Defendants"), hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint and Defendants' Counterclaim in the above-entitled action in their entirety, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Plaintiff and Defendants (collectively, "the Parties") shall bear their own respective costs and attorneys' fees incurred in this action.

The Parties further stipulate that this Court should retain jurisdiction to enforce any disputes regarding the settlement agreement of the Parties.

The Parties further stipulate that the Court shall vacate its order granting Defendants' partial summary judgment motion (Docket No. 62, dated May 12, 2015) and order denying Plaintiff leave to file a motion for reconsideration (Docket No. 65, dated July 20, 2015) (collectively "the Summary Judgment Orders").

**IT IS SO STIPULATED.**

Dated: March 3, 2016          DUANE MORRIS LLP

                              By:  /s/ Ray L. Wong
                                   Ray L. Wong
                              Attorney for Plaintiff

Dated: March 3, 2016          COVINGTON & BURLING LLP

                              By:  /s/ Michael S. Greenberg
                                   Michael S. Greenberg
                                   Attorney for Defendants

# **ORDER**

IT IS HEREBY ORDERED that pursuant to the foregoing stipulation, Plaintiff's Complaint and Defendants' Counterclaim in this action, Case Number 14-CV-01972, are hereby dismissed with prejudice in their entirety, with the Parties to bear their own respective costs and attorneys' fees in this action.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the settlement agreement of the Parties, and

IT IS FURTHER ORDERED that the Court's order granting Defendants' partial summary judgment motion (Docket No. 62, dated May 12, 2015) and order denying Plaintiff leave to file a motion for reconsideration (Docket No. 65, dated July 20, 2015) are hereby vacated.

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
THE HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE